FILED

FEB 06 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:17-CR-30011 MJR |
| Plaintiff, | ) | |
| | ) | Title 18, |
| vs. | ) | United States Code, |
| | ) | Sections 2252A(a)(5)(B), 2252A(b) |
| | ) | |
| CHRISTOPHER PENDEGRAFT, | ) | |
| | ) | |
| Defendant | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

**POSSESSION OF CHILD PORNOGRAPHY**

On or about February 23, 2012, in St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER PENDEGRAFT,**

defendant herein, did knowingly possess any material that contains an image of child pornography, as defined in Title 18 United States Code Section 2256(8), specifically a digital recording with file name "- (spda) veci 10 anos latina coliendo con el padre_wmv v9.avi"" that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b).

UNITED STATES OF AMERICA

DONALD S. BOYCE
United States Attorney

LAURA V. REPPERT
Assistant United States Attorney

Recommended Bond: Detention